IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| MARCIA NANCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) No. 04-1307-T-An |
| | ) |
| GOODYEAR TIRE AND RUBBER CO., | ) |
| | ) |
| Defendant. | ) |

ORDER ON MOTION TO QUASH
AND
ORDER OF REFERENCE

On December 16, 2005, Defendant filed a motion to quash certain depositions that are set for the week of December 19-23, 2005. Because of the lateness of the filing of the motion and the unavailability of the magistrate judge, it is impossible to make an informed decision at this time. In order to give a judicial officer an opportunity to review the motion and the Plaintiff's response to the motion, the depositions will be postponed until such time as the court has issued a ruling on the motion to quash.

Defendant's motion to quash filed on December 16, 2005, is hereby REFERRED to

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12-19-05

Magistrate S. Thomas Anderson for a determination.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_16 December 2005_
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 1:04-CV-01307 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

David P. Knox
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Carol J. Chumney
LAW OFFICE OF CAROL CHUMNEY
5050 Poplar Ave.
Ste. 2400
Memphis, TN 38157

Herbert E. Gerson
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable James Todd
US DISTRICT COURT